IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  
BILLY DEAN JAMES

CASE NO: 12-70377-HDH-13  
DATED: November 20, 2013  
HEARING DATE: 11/20/2013  
HEARING TIME: 10:00 AM

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2012 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO COMPEL DEBTOR TO FILE WITH THE COURT A COPY OF THE DEBTOR'S 2012 FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE AND/OR TO PAY ANY EXCESS TAX REFUND TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN" without prejudice to refiling the same, for the motion dated 10/23/2013.

  /s/  Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee  
6308 Iola Ave., Suite 100,  
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal was this date served on the following parties electronically or by U.S first class mail:

  /s/  Walter O'Cheskey  
Walter O'Cheskey, Chapter 13 Trustee  
6308 Iola Ave., Suite 100,  
Lubbock TX 79424

Internal Revenue Service  
  PO Box 7346  
  Philadelphia, PA 1901-7346

Debtor Attorney  
MONTE J WHITE  
ATTORNEY AT LAW  
1106 BROOK AVE HAMILTON PLACE  
WICHITA FALLS TX 76301-0000

Debtor1:  
  BILLY DEAN JAMES  
  PO BOX 605

  IOWA PARK TX 76367

Debtor 2: